Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HATTIE CARNEGIE, INC., Respondent, v. JAMES J. WALKER, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SOMMERS, INC., Respondent, v. JAMES J. WALKER, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWIN L. AGOSTINI and Others, Copartners, etc., Respondents, v. CATHROSE CONCRETE FOUNDATION Co., INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM M. SHEEHAN, Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Dissolution Proceedings of the PRINCE HAT LINING Co., INC., a Domestic Corporation, Appellant, and NATHAN PRINCE, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN GUIRAGOS, Individually and on Behalf of All Other Stockholders of the TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION Similarly Situated, Respondent, v. TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others, Appellants, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

JOHN GUIRAGOS, Individually and on Behalf of All Other Stockholders of the TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION Similarly Situated, Respondent, v. TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others, Appellants, Impleaded with Another.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK WAGENFOHR, Appellant, v. THE WARDEN OF CITY TOMBS PRISON, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. NINSON REALTY CORPORATION and Others, Defendants, Impleaded with ALTA HOLDING Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LILLIAN ROSEN, Respondent, v. WALTER WELLER, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERTO LOPEZ, Respondent, v. GUY LOOMIS, Appellant, Impleaded with